| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Curiel, Gonzalo P. | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>04/07/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Edward J. Schwartz U.S. Courthouse
221 West Broadway
Suite 2190
San Diego, CA 92101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Curiel, Gonzalo P.** | 04/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Revolving | K |
| 2. | Chase | Revolving | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. FAMILY TRUST | | | | | | | | | |
| 2. - First Credit Union | A | Interest | K | T | | | | | |
| 3. - Wells Fargo Bank | A | Interest | K | T | | | | | |
| 4. - Maui, HI real property | | None | N | W | | | | | |
| 5. - Glendale, AZ real property parcel # 1 | | None | M | W | | | | | |
| 6. - Various boats | | None | L | U | | | | | |
| 7. - Various vehicles | | None | K | U | | | | | |
| 8. CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 9. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 10. | | | | | Buy<br>(add'l) | 11/08/17 | J | | |
| 11. Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 12. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 13. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 14. SPDR NYSE Technology ETF | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 15. SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 16. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 17. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 11/08/17 | J | A | |
| 19. SPDR S&P Health Care SEL | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 20. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 21. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 22. SPDR DJ Wilshire REIT ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 23. SPDR S&P Biotech ETF | A | Dividend | J | T | Buy (add'l) | 02/22/17 | J | | |
| 24. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 25. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 26. | | | | | Sold (part) | 11/08/17 | J | A | |
| 27. SPDR S&P Bank ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 28. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 29. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 30. SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 31. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 32. The Technology SEL SEC SPDR | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 33. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 34. | | | | | Sold (part) | 11/08/17 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR S&P Insurance ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 36. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 37. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 38. SPDR S&P Morgan Stanley Technology ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 39. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 40. SPDR S&P Semiconductor | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 41. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 42. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 43. | | | | | Sold (part) | 11/08/17 | J | A | |
| 44. SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 45. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 46. SPDR S&P Telecomm ETF | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 47. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 48. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 49. | | | | | Sold (part) | 11/08/17 | J | A | |
| 50. SPDR S&P Transportation | A | Dividend | | | Buy | 03/15/17 | J | | |
| 51. | | | | | Buy (add'l) | 05/11/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 11/08/17 | J | A | |
| 53. SPDR NYSE Technology | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 54. UTILITIES SEL SECT SPDR FUND | A | Dividend | | | Sold (part) | 02/22/17 | J | A | |
| 55. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 56. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 57. | | | | | Sold | 12/27/17 | J | A | |
| 58. THE FINANCIAL SEL SECT SPDR FD (XLF) | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 59. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 60. SPRD S&P TRANS ETF (XTN) | A | Dividend | J | T | Buy (add'l) | 03/15/17 | J | | |
| 61. | | | | | Sold (part) | 11/08/17 | J | A | |
| 62. SPDR S&P Metals & Mining | A | Dividend | | | Sold (part) | 02/22/17 | J | A | |
| 63. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 64. | | | | | Sold | 05/11/17 | J | A | |
| 65. SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Buy (add'l) | 02/22/17 | J | | |
| 66. | | | | | Sold (part) | 03/15/17 | J | A | |
| 67. SPDR S&P Oil & Gas EXP & PRO | A | Dividend | | | Sold | 03/15/17 | J | A | |
| 68. SPDR S&P Regional Banking ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 70. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 71.    CONS Discret SEL SECT SPDR FD | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 72. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 73. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 74. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 75.    SPDR NYSE TECHNOLOGY ETF | A | Dividend | | | Sold | 11/08/17 | J | A | |
| 76.    SPDR S&P Aerospace & Defense ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 77. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 78. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 79. | | | | | Sold (part) | 11/08/17 | J | A | |
| 80.    SPDR S&P Bank ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 81. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 82. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 83. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 84.    SPDR S&P Biotech ETF | A | Dividend | J | T | Sold (part) | 02/22/17 | J | A | |
| 85. | | | | | Buy (add'l) | 03/15/17 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 87. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 88.  SPDR S&P Capital Markets | A | Dividend | J | T | Buy | 12/06/17 | J | | |
| 89.  THE FINANCIAL SEL SEC SECT SPDR FD (XLF) | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 90. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 91. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 92. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 93.  SPDR S&P Health Care Equipment ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 94. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 95. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 96.  Health Care Select Sect SPDR ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 97. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 98. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 99. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 100.  Industrial SEL SEC SPDR FD | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 101. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 102. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  SPDR S&P Insurance ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 104. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 105. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 106. | | | | | Buy<br>(add'l) | 11/08/17 | J | | |
| 107.  SPDR S&P Metals & Mining ETF | A | Dividend | | | Sold<br>(part) | 02/22/17 | J | A | |
| 108. | | | | | Sold<br>(part) | 03/15/17 | J | | |
| 109. | | | | | Sold | 05/11/17 | J | B | |
| 110.  SPDR S&P Morgan Stanley Technology<br>ETF | A | Dividend | | | Sold<br>(part) | 02/22/17 | J | A | |
| 111. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 112. | | | | | Sold | 05/11/17 | J | A | |
| 113.  SPDR S&P Oil & Gas EXP & PRO | A | Dividend | | | Sold | 03/15/17 | J | B | |
| 114.  SPDR S&P Oil & Gas EQUIP SVC | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 115. | | | | | Sold<br>(part) | 03/15/17 | J | A | |
| 116. | | | | | Buy<br>(add'l) | 09/27/17 | J | | |
| 117. | | | | | Buy<br>(add'l) | 11/08/17 | J | | |
| 118.  SPDR S&P Regional Banking | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 119. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 121. | | | | | Buy<br>(add'l) | 11/08/17 | J | | |
| 122. SPDR S&P Semiconductor | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 123. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 124. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 125. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 126. SPDR S&P Software & Service ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 128. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 129. SPDR S&P Transportation ETF | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 130. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 131. | | | | | Buy<br>(add'l) | 05/11/17 | J | | |
| 132. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 133. The Technology SEL SEC SPDR | A | Dividend | J | T | Sold<br>(part) | 02/22/17 | J | A | |
| 134. | | | | | Buy<br>(add'l) | 03/15/17 | J | | |
| 135. | | | | | Sold<br>(part) | 11/08/17 | J | A | |
| 136. SPDR Telecomm | A | Dividend | | | Buy | 02/22/17 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Curiel, Gonzalo P. | 04/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 138. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 139. | | | | | Sold | 11/08/17 | J | A | |
| 140.  SPDR DJ Wilshire REIT ETF | A | Dividend | | | Sold | 02/22/17 | J | B | |
| 141.  UTILITIES SEL SECT SPDR FUND | A | Dividend | | | Sold (part) | 02/22/17 | J | A | |
| 142. | | | | | Buy (add'l) | 03/15/17 | J | | |
| 143. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 144. | | | | | Buy (add'l) | 11/08/17 | J | | |
| 145. | | | | | Sold | 12/27/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. Investements and Trusts

[    ] is a co-trustee and co-beneficiary of Family Trust # 1 which is revocable living trust funded by [          ]. As a co-trustee, [    ] shares unlimited access and full control of the trust assets.

Amendment -

In Part VII:

Line 14 - SPDR NYSE Technology ETF was not listed in 2016 report because it was bought on 3/15/17 and sold on 11/8/17.
Line 51- SPDR S&P Transportation was bought on 3/15/17 and sold on 11/8/17.
Line 52- SPDR NYSE Technology was bought on 3/15/17 and sold on 11/8/17.
Line 68- SPDR S&P Regional Banking was listed on 2016 report at line 92 as bought on 11/21/16.
Line 91- SPDR Gold TR Gold SHS was sold 11/21/16.
Line 122 - SPDR S&P Retail ETF was sold in 5/25/16.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Gonzalo P. Curiel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544